UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA)

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a New Hampshire corporation; THE OHIO CASUALTY INSURANCE COMPANY, a New Hampshire corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>PCN3, INC., et al.,<br><br>Defendants. | Case No. 8:17-cv-01457-JLS-DFM<br><br>[Hon. Josephine L. Staton, District Judge]<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT** |

Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT:

The action is hereby dismissed, without prejudice, with the Court retaining jurisdiction to enforce the parties' settlement.

IT IS SO ORDERED.

DATE:_October 16, 2018 _____
Hon. Josephine L. Staton
United States District Judge